IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Cesar Zaul Dominguez
   Plaintiff

vs.

Envision Orthopedic and Spine LLC

CIVIL ACTION FILE NO:
1:23 cv 2980-SEG

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 01 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## AFFIDAVIT

I, Cesar Zaul Dominguez, being duly sworn deposes and states as follows under penalty of perjury.

1. My name is Cesar Zaul Dominguez, I am presently 26 years old, and my current address of residence is 3164 Creek Tree West Powder Springs, GA 30127

2. The purpose of this affidavit is to provide evidence in court that can be used to support the definite complaint or other claims.

I hereby swear or affirm that the information above is true, accurate and complete to the best of my knowledge, and that no relevant information has been omitted.

March 1st, 2024

Cesar Zaul Dominguez
678-523-0251
3164 Creek Tree West
Powder Springs GA, 30127
Cesar.7dz@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Cesar zaul Dominguez                    CIVIL ACTION FILE NO:
PLAINTIFF                               1:23 cv 2980-SEG

vs.

ENVISION Orthopedic and Spine LLC

CERTIFICATE OF COMPLIANCE

This is to certify that PLAINTIFF DEFINITE COMPLAINT AND AFFIDAVIT has been prepared with one of the font and point selections approved by the court in LR 5.1. Specifically, the above-mentioned pleading has been prepared using Times New Roman font, 14 point.

March 1st, 2024                 Cesar zaul Dominguez
                                678-523-0251
                                3164 creek Tree West
                                Powder Springs GA, 30127
                                cesar.zdz@gmail.com

                                [signature]

(2)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CESAR ZAUL DOMINGUEZ            CIVIL ACTION FILE NO:
   PLAINTIFF                       1:23 cv 2980-SEG
      VS.
ENVISION orthopedic and Spine

### DEFINITE COMPLAINT

Envision Orthopedic and Spine violated the Title VII of the Civil Rights Act of 1964, including sex, race, color, hostile work environment, tangible work environment, and managerial malpractice. I, Cesar Zaul Dominguez, a heterosexual male, started my medical Assistant career as a student extern at Envision orthopedics and Spine in late September 2019. I was hired from November 18, 2019 - October 26, 2021. On October 26, 2021, I was physically and verbally sexually harassed and assaulted at Envision orthopedics and Spine by another male co worker. Management failed to take corrective action towards my complaint and failed to keep me as a former employee out of harm's way. "The State of Georgia promotes respect and dignity and does not tolerate Sexual harassment in a workplace." (Reference 1)

③

## ORDER RESPONSE

I, Cesar Zaul Dominguez, was hired with Envision Orthopedic and Spine from November 18, 2019 - October 26, 2021. I want to apologize as I'm proceeding pro se [Doc 3] if there's been any confusion throughout my previous complaint. I am suing Envision Orthopedics and Spine instead of Spine Center of Atlanta because my last pay stubs and my 2020 tax return states Envision Orthopedics and Spine as my former employer (disclosure 5) (attachment C).

I, Cesar Zaul Dominguez am not pursuing any individuals as defendants at Envision Orthopedics and Spine. Dr. James Chappuis, Kimberly (manager), and Christal (HR) etc were a couple co workers who contributed to Envisions Orthopedics and Spine violation towards me.

Envision Orthopedics and Spine violated the Title VII of the Civil Rights Act of 1964, based on my sexual orientation, race, and color, age. Envision Orthopedics and Spine also violated hostile working conditions, tangible work environment and managerial malpractice.

(4)

# BACKGROUND TIMELINE

1. September 2019 - started my externship at Envisions
2. November 18, 2019 - October 26, 2021 - employed at Envisions orthopedics and spine where I suffered
3. October 26, 2021 a coworker/owner James Chappuis at Envisions orthopedics and spine physically sexually harassed and assaulted me. I informed my manager about the situation throughout the same day and I also informed my manager that I quit.
4. November 3, 2021, I followed up with my manager to see an update on my complaint that was never reported.
5. February 18, 2022 I emailed Envision and orthopedics Human Resource for an update (no response)
6. February 22-23, 2021 I got in contact with Human Resource Christal Walker where she stated she was clueless about me being sexually harassed and assaulted, she states she was told I left because "a family Emergency".
7. March 8, 2022 - I took matters in my own hands and filed an EEOC complaint.

⑤

8. April 11, 2022 Envision orthopedics and spine (HR) emailed me my separation notice (not stating the REAL reason on why I quit)

9. April 14, 2022 I filed a police report at the Atlanta Police Department case # 22104 0608 on James Chappuis owner/senior surgeon at Envisions

10. April 15, 2022 - I recieved position statement from Envision orthopedics and spine (EEOC)

11. March 1st, 2023 - I emailed EEOC Representative Richard Musgrave my rebuttal

12. April 7, 2023 - recieved Right to sue letter from EEOC

13. July 6, 2023 I filed complaint with the Northern District federal court in Georgia

14. August 1, 2023 - I filed an amended complaint to the Northern District Federal court in Georgia.

15. January 11th/12th 2024, I filed a definite statement and amended definite statement to the Northern District federal court after recieving Envision orthopedics and spine attorney's motion to dismiss / more definite statement

(6)

HOSTILE WORK ENVIRONMENT / TANGIBLE WORK ENVIRONMENT

1. Envision orthopedics and spine violated the Title VII of the Civil Rights Act of hostile work enviroment [Doc 16] I was sexually harassed/assaulted on October 26, 2021 Envisions co workers made it uncomfortable at work and affected my work performance with the repeated homosexual, unwelcomed touching and sexual jokes being taken place.

2. Envisions orthopedics and spine violated the disparate theory within the Title VII of the Civil Rights Act against my sex, color, race, and age. I overworked the female medical Assistants coworkers, put in overtime hours weekly and was still overlooked as a male employee despite having more skills/responsibilities. I was never promoted on my 2 year anniversary or as the female MA's and was underpaid throughout my employment. Envision orthopedics and spine discriminated me against my sex, race, color and age as a male individual from better pay opportunities.

3. Envisions orthopedics also violated tangible employment actions towards me. After being sexually harassed/assaulted Envisions and orthopedics caused me to have a significant change in benefits and employment status from me not being employed due to mental health illness, anxiety disorder, dementia, post traumatic stress disorder, schizophrenia and suicidal thoughts.

⑦

ENVISION ORTHOPEDICS AND SPINE MANAGERIAL MALPRACTICE

1. Envision orthopedics failed to take corrective actions after I emailed/texted an employment discrimination letter to my manager before following up with HR department after no action was taken place (disclosure S)(Attachment C) I followed the complaint procedure instructions in the Employee handbook labled "Spine center (disclosure S)(Attachment C) Atlanta policy and procedure for employees (staff after being discrimenated against and sexually harassed). I contacted my manager and asked if she could inform HR on October 26, 2021. A week later on Nov. 3, 2021 I asked and stated again to file my complaint but managment never did. (disclosure S)(Attachment C) Evidence/screenshots of our emails/texts that were not taken seriously.

2. Envision orthopedics and Spine also failed to send my separation of notice in a timely manner. I recieved the separation notice on April 11, 2022 without the real reason on why I stopped working. Management has demonstrated almost imcompetence in it's handling of the dispute. Envision orthopedics and spine poor management failed to communicate effectively and is unprofessional. Envision orthopedics and Spine failed to keep me safe.

(8)

## RELIEF SOUGHT

1. I, Cesar Zaul Dominguez, want Envision orthopedics/spine to pay all legal fee's

2. I, Cesar Zaul Dominguez, want Envision to pay for my mental health illness that the company caused. Me not having money is what is holding me back from going to get diagnosed. I am depressed and have suicidal thoughts every hour of the day. Envision orthopedics and Spine left me petrified. Envision also caused me mental health impairment with bipolar disorder.

3. I, Cesar Zaul Dominguez want to retaliate in relation to my separation/issues maintaining employment fo 2 years+ against Envision. Envision humiliated, left me miserable and left me mentally unstable to maintain a position/keep focus. I have harder time communicating now and I am timid around society.

4. I, Cesar Zaul Dominguez want Envision orthopedics and spine to reimburse me for schooling, pay for my future schooling career/career change.

⑨

## CONCLUSION

Envision orthopedics and spine is known for its hostile work environment. I am not the first person to come forth against the company (Reference 5). I have direct evidence showing Envision failed to take appropriate actions knowing their practice policies. I am willing to testify against Envision orthopedics and spine to state how I was discriminated against and sexually harassed and assaulted at the workplace.

I have attached Eye witnesses and Expert witnesses that can help my complaint regarding my employment with Envision. I've reached out to April Henderson (eye witness 1) and Rashuad Heath (eye witness 2) who both state they are able to help as needed regarding Envisions hostile work environment. I did not reach out to the expert witness list, Gretchen (expert witness 1), Melyssa (expert witness 2) and Dr Pham (expert witness 3) but they are other co-workers who did not "see" what happened but know alot about the company violating managerial malpractice. I would also like to request a jury trial if possible.

This 1st Day of March 2024

Cesar Zaul Dominguez

*[signature]*

3164 Creek Tree West
Powder Springs GA 30127
678-523-0251
cesar.7dz@gmail.com

(10)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CESAR ZAUL DOMINGUEZ
  PLAINTIFF

CIVIL ACTION FILE NO:
1:23 CV 2980-SEG

VS.

ENVISION ORTHOPEDIC SPINE LLC

## EYE WITNESS

1. April Henderson (nurse) #251-586-2166 LIVES IN AL
2. Rashaad Heath (OR coordinator) #404-482-4851
3. Martel Mathews (neuromonitor) #404-908-5923
4. UTON Williams (first Assist) #404-732-6404
5. Raphael Watson (surg tech) #601-918-8169
6. CRNA

## EXPERT WITNESS

1. Gretchen Fletcher (Chappuis Assistant) #765-491-8370
2. Melyssa Sanchez (manager) #770-549-6649
3. Ngan Pham (anesthesiologist) #770-367-4422

March 1st, 2024

Cesar Zaul Dominguez
678-523-0251
3164 Creek Tree West
Powder Springs, GA 30127
Cesar.7dz@gmail.com

(11)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CESAR ZAUL DOMINGUEZ                CIVIL ACTION FILE NO:
       PLAINTIFF                     1:23 cv 2980-SEG
          Vs.
ENVISION orthopedic/SPINE LLC

## REFERENCES

1. Statewide Sexual Harassment Prevention Policy and Investigation Procedures V.2 PDF

2. Sexual Harassment Policy and complaint/Investigation Procedure (shrm.org.)

3. Position statement: on Sexual Harassment New York State Nurses association (nysna.org)

4. TITLE VII and Sexual Harassment Claims - findlaw

5. Chappuis v. Ortho Sport/Spine Physicians Sav.

6. EEOC v. Discovering Hidden Hawaii Tours

7. EEOC.gov theories discrimination

march 1st 2024                        Cesar Zaul Dominguez

                                      678-523-0251
                                      3164 Creek Tree West   (12) and
                                      Powder Springs GA 30127  (13)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CESAR ZAUL DOMINGUEZ              CIVIL ACTION FILE No:
     PLAINTIFF                       1:23cv2980-SEG

      vs.

ENVISION ORTHOPEDIC/SPINE LLC

CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the PLAINTIFF DEFINITE COMPLAINT AND AFFIDAVIT to be served by operation of the court's Pacer electronic filing system with e-mail copy to Defendant properly addressed as follows:

12 Beck ST. NW Atlanta GA, 30318
Kaufman Law. P.c

1st Day of March, 2024          Cesar Zaui Dominguez
                                 678-523-0251
                                 3164 Creek Tree West
                                 Powder Springs GA, 30127
                                 cesar.7dz@gmail.com

(14)

*Handwritten margin note: Envision orthopedics Spine employee handbook*

_Spine+Center+-+Domingu...

background check if one was not previously conducted as part of their original hiring process, or if additional checks are required for the new position (i.e., driving is an essential function of the new position, the new position entails cash handling therefore a credit check is required, etc.).

**Rehires:** Rehires will be subject to the required background checks for new employees if, for a period of nine (9) months or more, the employee has either been inactive on our payroll or terminated from SCA.

## Anti-Harassment Policy

### *General Prohibitions*

It is the policy of the Company to maintain a work environment free from all forms of harassment and to insist that all employees be treated with dignity, respect, and courtesy. The Company is committed to a workplace that is free of harassment on the basis of race, color, religion, sex, sexual orientation, marital status, national origin, age, physical or mental disability, military or veteran's status, genetic information, or any other basis protected by Federal, State or local law or ordinance. Harassment will not be tolerated no matter how it is communicated, whether physical or verbal, including but not limited to text message, social medium, e-mail or other forms of communication not expressly noted herein.

### *Harassment Defined*

Under this policy, harassment is verbal or physical conduct that denigrates or shows hostility or aversion toward an individual because of his/her race, color, religion, national origin, age, disability, or any other characteristic protected by law. Harassing conduct includes, but is not limited to: epithets, slurs or negative stereotyping; threatening, intimidating or hostile acts; denigrating jokes and display or circulation in the workplace of written or graphic material that denigrates or shows hostility or aversion toward an individual or group (including through e-mail).

### *Sexual Harassment*

Sexual harassment is defined as unwanted sexual advances or visual, verbal, or physical conduct of a sexual nature. Sexual harassment includes many forms of offensive behavior. The following is a partial list of the types of conduct which could constitute sexual harassment:

- Unwanted sexual advances.
- Offering employment benefits in exchange for sexual favors.
- Making or threatening reprisals after a negative response to sexual advances.
- Visual conduct such as leering, making sexual gestures, displaying of sexual suggestive objects or pictures, cartoons, or posters.

12

- Verbal conduct such as making or using derogatory comments, epithets, slurs, and jokes.
- Verbal sexual advances or propositions.
- Verbal abuse of a sexual nature such as graphic verbal commentaries about an individual's body, sexually degrading words to describe an individual, suggestive or obscene letters, notes, or invitations.
- Physical conduct such as touching, assault, impeding, or blocking movements.

### *Complaint Procedure*

If you feel that you have experienced or witnessed harassment, including harassment by a non-employee (e.g., a patient, customer, visitor or vendor) you are to immediately notify your manager, who is then required to make a report to the Human Resources Department or human resources designate. If you do not feel comfortable speaking with this person, or if the problem is with this person, or you do not feel that a previously reported problem was dealt with satisfactorily, please notify the individual who is designated as the company's Chief Operating Officer. The Company emphasizes that you are not required to complain first to your immediate manager if your manager is the source of the unlawful harassment.

All reported allegations of harassment will be promptly and discreetly investigated. When conducting an investigation, care will be taken to protect confidentiality to the degree possible. Following an investigation, the Company will take prompt and appropriate corrective action to remedy any proven harassment. Employees who are found to have engaged in harassment will be subject to corrective action, up to and including termination.

### *Prohibition of Retaliation*

*Handwritten marker: Disclosure Attachment C*

(13)





emails informing management



Disclosure 5 Attachment C

(17)








Disclosure 5 Attachment C

(18)



**Cesar Domínguez #221040608**

From: cesar dominguez
To: bnjolly@atlantaga.gov
6/7/22

Hello this is Cesar Dominguez, I recently came about two months ago to file a police report about my incident. I'm reaching out to you because there's just a mistake on the paperwork. On my race is there a way you can change it to hispanic cause I'm not African American & the suspect James chappuis is like 60-70 years of age, if you can reach back out that'll be great thank you.

Sent from my iPhone



Disclosure Attachment C



20