**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Cesar Zaul Dominguez | 1:23-cv-02980-SEG-JKL |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Envision orthopedics and Spine LLC | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
Envision orthopedics and Spine
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3161 Howell Mill RD Atlanta GA 30327

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 13 2024
KEVIN P. WEIMER, Clerk

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service): # 470-281-3071   -Turn right / first door to left
-Parking is Lot 1/2  -elevator Room/Level 4   -coin for parking

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 678-523-0251
DATE: 06/21/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 19
District to Serve No.: 19
Signature of Authorized USMS Deputy or Clerk
Date: 8-1-24

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Bernice Wilson, office Manager
Date: 8/9/24  Time: 0900  ☒ am  ☐ pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 11.12 | | 76.12 | | |

**REMARKS**

END #1: 3161 Howell Mill RD ATL, GA 30327 @ 0900 hrs
I served Ms. Bernice Wilson, office Manager, who was able to forward the process paperwork to the legal department

JUL 31 '24 AM 11:46   USMS NGA

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-02980-SEG-JKL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Envision orthopedics + Spine LLC
was received by me on *(date)* 7/31/24 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Bernice Wilson, office manager , who is
designated by law to accept service of process on behalf of *(name of organization)* Envision orthopedics
and Spine LLC on *(date)* 8/9/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 11.12 for travel and $ 65.00 for services, for a total of $ 76.12 .

I declare under penalty of perjury that this information is true.

Date: 8/09/24

_____
Server's signature

Lee Bailes, DUSM
Printed name and title

75 TED TURNER DR SW, Suite 1600
ATLANTA GA, 30303
Server's address

Additional information regarding attempted service, etc: